UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KIPTON STOVER, Individually, and on behalf of All Others Similarly Situated Who Consent to Their Inclusion in a Collective Action,

   Plaintiff,

v.

              Case No. 8:10-cv-01586-EAK-AEP

GPNP FLAMESTONE, INC., D/B/A FLAMESTONE GRILL,

   Defendant.
_____/

## STIPULATED JUDGMENT

THIS CAUSE came before the Court upon the parties' Amended Joint Motion for Stipulated Judgment After Approval of Settlement Agreement as to Plaintiff's Fair Labor Standards Act Claims. Having reviewed the Motion and settlement agreement, and being otherwise fully apprised, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED, and the settlement agreement is APPROVED. The settlement agreement fairly resolves Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.*

Pursuant to the parties' consent to the entry of a final judgment dismissing this cause with prejudice; attorneys' fees and costs to be paid pursuant to the terms of the parties' settlement agreement, the above-entitled action be and hereby is DISMISSED WITH PREJUDICE, and the Clerk of the Court is directed to close this case.

Done and ordered in Chambers in Tampa, Florida, on this 3rd day of January 2011.

_____
United States District Court Judge
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE